```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 17401
   JANICE MOREHEAD
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0158


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/24/2007 and was confirmed 11/08/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 07/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE              CURRENT MORTG          .00            .00            .00
WALINSKI & TRUNKETT PC    SECURED            8998.00            .00         400.00
COOK COUNTY DEPT OF REVE  PRIORITY         NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER    NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER    NOT FILED            .00            .00
MAYWOOD MUNICIPLE COURT   UNSEC W/INTER    NOT FILED            .00            .00
CREDIT COLLECTION SERVIC  UNSEC W/INTER    NOT FILED            .00            .00
PREMIER BANKCARD          UNSEC W/INTER       380.17            .00            .00
WESTLAKE HOSPITAL         UNSEC W/INTER    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     10756.47            .00            .00
WFNNB/ LANE BRYANT        UNSEC W/INTER       385.43            .00            .00
MONEY CONTROL             UNSEC W/INTER    NOT FILED            .00            .00
CINGULAR WIRELESS         UNSEC W/INTER    NOT FILED            .00            .00
WFNNB/NYCO                UNSEC W/INTER    NOT FILED            .00            .00
EMC MORTGAGE              SECURED NOT I          .00            .00            .00
SHONTELL MOREHEAD         NOTICE ONLY      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER      1672.52            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,343.00                      2,388.80
TOM VAUGHN                TRUSTEE                                             211.20
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 3,000.00

PRIORITY                                               .00
SECURED                                             400.00
UNSECURED                                              .00
ADMINISTRATIVE                                    2,388.80

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17401 JANICE MOREHEAD
```

```
TRUSTEE COMPENSATION                                              211.20
DEBTOR REFUND                                                        .00
                                          ---------------    ---------------
TOTALS                                           3,000.00           3,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 07 B 17401 JANICE MOREHEAD